UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA SNIDER, #834248,            )
    Plaintiff,                    )
                                   )   No. 2:19-cv-134
-v-                                )
                                   )   HONORABLE PAUL L. MALONEY
UNKNOWN SCHMIDT, et al.,           )
    Defendants.                   )
                                   )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 55), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:** October 23, 2020                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge